KW
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

HAMZA ABDIRASHIID SAID

**FILED UNDER SEAL**
Case No. 25-mj-357 (JFD)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 30, 2025, in Hennepin County, in the State and District of Minnesota, defendant did knowingly possess a machinegun, namely, a Glock model 17 9mm semiautomatic pistol equipped with a fully automatic conversion device, bearing serial number BEYB199 in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Complainant's signature

Montorie Bridges
Bureau of Alcohol, Tobacco, Firearms, and Explosives
*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime, Zoom,
and email pursuant to Fed. R. Crim. P. 41(d)(3)

Date:   6/10/2025

City and State: St. Paul, Minnesota

_____
*Judge's Signature*

The Honorable John F. Docherty
United States Magistrate Judge
*Printed Name and Title*