UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-mj-357 (JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HAMZA ABDIRASHIID SAID, )<br>)<br>Defendant. ) | **ORDER OF DETENTION** |

This matter came before the Court on June 13, 2025, for a preliminary hearing and a hearing on the Motion of the United States for Detention pursuant to 18 U.S.C. § 3142. Mr. Said is charged by complaint with Possession of a Machinegun.

At the hearing, Mr. Said was present and represented by Ian Birrell, Esq. The United States was represented by Alexandra Swan and Kristian Weir, Assistant United States Attorneys. The United States called Special Agent Montorie Bridges of the Bureau of Alcohol, Tobacco, Firearms, and Explosives to testify to evidence relevant to probable cause and detention. The Court found probable cause does exist to support the charge. The United States argued for detention based on Special Agent Bridges's testimony, the facts alleged in the Complaint, and the pretrial services report.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

1. Under 18 U.S.C. § 3142, pretrial detention may be ordered either upon a clear and convincing showing that no condition or combination of conditions of release will reasonably assure the safety of any person or the community or upon a showing by a preponderance of the evidence that no condition or combination of conditions of release will reasonably assure the defendant's presence in court as required.

2. Mr. Said is alleged to have committed an offense that involves the possession of a firearm. Therefore, under 18 U.S.C. § 3142(f)(1)(e), the United States is authorized to move for a detention hearing

3. Mr. Said is charged with possessing and discharging a fully automatic weapon at a high school graduation. He is alleged to have shot two people, causing significant injuries to at least one of them.

4. Consequently, the Court concludes, pursuant to 18 U.S.C. § 3142(e), that detention is appropriate. The United States has met its burden of showing by clear and convincing evidence that there is no condition, or combination of conditions, that will reasonably assure the safety of any other person or the community.

For the foregoing reasons,

IT IS HEREBY ORDERED that:

1. Pursuant to Rule 5.1(e) of the Federal Rules of Criminal

Procedure, Mr. Said is required to appear for further proceedings;

2. Pursuant to 18 U.S.C. § 3142(e), the Government's Motion for Detention of Mr. Said without bond is GRANTED;

3. Mr. Said is committed to the custody of the United States Marshal for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

4. Mr. Said shall be afforded reasonable opportunity to consult privately with his counsel; and

5. Upon order of the Court or request by the United States Attorney, the person in charge of the correctional facility in which Mr. Said is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with all court proceedings.

Dated:   June 18, 2025

*s/   John F. Docherty*
Honorable John F. Docherty
United States Magistrate Judge